UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

Order Filed on June 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WANDA K. LEE-JACKSON

                    Debtor(s)

Case No. 23-14888 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 14, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     Wanda K. Lee-Jackson
Case No.    23-14888 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtors, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtors' Chapter 13 case number 23-14888 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtors' instant Chapter 13 case should be dismissed, the Debtors shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180-days from the date of dismissal of Debtors' case.


/s/ Steven A. Silnutzer                              6/9/2023
Steven A. Silnutzer, Esquire                         Date
Attorney for Debtor



/s/ Isabel C. Balboa                                 6/13/2023
Isabel C. Balboa                                     Date
Chapter 13 Standing Trustee