UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc.

Case No: 23-14888 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:
Wanda K. Lee-Jackson a/k/a Wanda K. Pereira

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 07/12/2023

/s/ *Denise Carlon*
Denise Carlon
12 Jul 2023, 15:44:58, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 1b1512bcc17344066fd672c7ff08508276a7f16a3e36dcb2a5b9e4d87cf46aff