Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−14888−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wanda K. Lee− Jackson
    aka Wanda K. Pereira
    1006 Scarborough Dr
    Egg Harbor Township, NJ 08234−4840

Social Security No.:
    xxx−xx−4681

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/19/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 19, 2023
JAN: har

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Wanda K. Lee- Jackson  
    Debtor

Case No. 23-14888-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 19, 2023      Form ID: 148      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wanda K. Lee- Jackson, 1006 Scarborough Dr, Egg Harbor Township, NJ 08234-4840 |
| 519950733 | | Atlantic City Electric Company, 2133 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069 |
| 519937283 | | Atlantic Emergency Associates, PA, PO Box 15356, Newark, NJ 07192-5356 |
| 519937288 | + | Egg Harbor Township Tax Collector, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 519937289 | + | Egg Harbor Twp. MUA, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 519937291 | | Garden State Investment, 6601 Ventnor Ave Ste 103, Ventnor City, NJ 08406-2168 |
| 519937292 | | Kivitz, McKeever Lee P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519937293 | | Kristina G. Murtha, Esq., 701 Market St Ste 500, Philadelphia, PA 19106-1538 |
| 519937295 | | New York State Department of Labor, PO Box 611, Albany, NY 12201-0611 |
| 519937297 | | Receivables Collection, Main Street Radiology at Bayshore, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519937298 | | Serenity Funeral Home, 414 S Main St, Pleasantville, NJ 08232-3032 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519937282 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 19 2023 21:02:00 | Atlantic City Electric, Attn: Bankruptcy / Revenue Recovery, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 519950734 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 19 2023 21:02:00 | Atlantic city Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519937284 | | EDI: CAPONEAUTO.COM | Oct 20 2023 00:38:00 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519947079 | + | EDI: AISACG.COM | Oct 20 2023 00:38:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519937285 | | EDI: CONVERGENT.COM | Oct 20 2023 00:38:00 | Convergant Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 519937286 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2023 21:10:51 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519937290 | | Email/Text: ar@figadvisors.com | Oct 19 2023 21:03:00 | FIG NJ 19, LLC, PO Box 54226, New Orleans, LA 70154-4226 |
| 519995873 | | EDI: JEFFERSONCAP.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519939351 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 21:10:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519937294 | | Email/Text: csc.bankruptcy@amwater.com | Oct 19 2023 21:03:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519943046 | | EDI: Q3G.COM | Oct 20 2023 00:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519937296 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2023 21:03:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519997288 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2023 21:03:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519937299 | | Email/Text: bankruptcy@sw-credit.com | Oct 19 2023 21:03:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 519937300 | ^ | MEBN | Oct 19 2023 20:50:46 | State of New Jersey, Office of the Attorney General, PO Box 80, Trenton, NJ 08625-0080 |
| 519937301 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 19 2023 21:01:00 | State of New Jersey - Division of Taxati, PO Box 245, Trenton, NJ 08695-0245 |
| 519937302 | + | Email/Text: bncnotices@stengerlaw.com | Oct 19 2023 21:01:00 | Stenger & Stenger PC, Craig T. Faye, Esq., 2618 E Paris Ave SE, Grand Rapids, MI 49546-2458 |
| 519937303 | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Oct 19 2023 21:01:00 | Unemployment Insurance Division, Benefit Collections, Unit PO Box 1195, Albany, NY 12201-1195 |
| 519937304 | ^ | MEBN | Oct 19 2023 20:51:56 | Velocity Investment, LLC, 1800 State Route 34 # 404A, Wall Township, NJ 07719-9147 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519937287 | ## | DeVille Asset Manangement, PO Box 1987, Colleyville, TX 76034-1987 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**            **Email Address**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 148 | Total Noticed: 32 |

Andrew B Finberg

    jdesantis@standingtrustee.com

Denise E. Carlon

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Steven A. Silnutzer

    on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com g28047@notify.cincompass.com;silnutzerlaw@gmail.com;silnutzer.stevenb129140@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5