| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEVEN A. SILNUTZER, P.C.<br>450 Tilton Road, Suite 125<br>Northfield, New Jersey 08225<br>(609) 748-6100<br>By: Steven A. Silnutzer, Esq.    SAS-0833<br>Attorney for the Debtor | |
| In Re:<br><br>WANDA K. LEE-JACKSON | Case No.    23-14888<br><br>Chapter:    13<br><br>Hearing Date:    12/27/2023<br><br>Judge:    JNP |

## CERTIFICATION OF SERVICE

1. I, Samantha H. Buchanan, am the secretary/paralegal for Steven A. Silnutzer, Esq. who represents the debtor in this matter.

2. On December 19, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   a.) Notice of Motion to Vacate Dismissal of Case
   b.) Certification of Counsel in Support of Motion to Vacate Dismissal of Case
   c.) Proposed Order on Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    12/19/2023                               /s/ Samantha H. Buchanan

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102-5235 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| Atlantic City Electric Co attn<br>Bankruptcy/Revenue Recovery<br>Mail Stop 84CP42<br>5 Collins Drive, Suite 2133<br>Carneys Point, NJ 08069-3600 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Atlantic Emergency Associates, PA<br>PO Box 15356<br>Newark, NJ 07192-5356 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One Auto Finance<br>a division of AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118-7901 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Convergant Outsourcing Inc<br>PO Box 9004<br>Renton, WA 98057-9004 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| DeVille Asset Management<br>PO Box 1987<br>Colleyville, TX 76034-1987 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Egg Harbor Township Tax Collector<br>3515 Bargaintown Rd<br>Egg Harbor Township, NJ 08234-8321 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Egg Harbor Twp MUA<br>3515 Bargaintown Road<br>Egg Harbor Twp, NJ 08234-8321 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| FIG NJ 19, LLC<br>PO Box 54226<br>New Orleans, LA 70154-4226 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Garden State Investment<br>6601 Ventnor Ave, Suite 103<br>Ventnor, NJ 08406-2168 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| KML Law Group, PC<br>attn Brian C. Nicholas, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Kristina G. Murtha, Esq.<br>701 Market Street, Suite 500<br>Philadelphia, PA 19106-1538 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| New Jersey American Water<br>PO Box 371331<br>Pittsburgh, PA 15250-7331 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New York State Department of Labor<br>PO Box 611<br>Albany, NY 12201-0611 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quicken Loans, Inc.<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Receivables Collection<br>Main Street Radiology at Bayshore<br>170 Jericho Turnpike<br>Floral Park, NY 11001-2024 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Rocket Mortgage LLC<br>f/k/a Quicken Loans<br>635 Woodward Ave<br>Detroit, MI 48226-3408 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Serenity Funeral Home<br>414 S Main Street<br>Pleasantville, NJ 08232-3032 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Southwest Credit Systems<br>4120 International Parkway, #1100<br>Carrollton, TX 75007-1958 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| State of New Jersey<br>Office of the Attorney General<br>PO Box 80<br>Trenton, NJ 08625-0080 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Stenger & Stenger, PC<br>attn Craig T. Faye, Esq.<br>2618 E Paris Ave SE<br>Grand Rapids, MI 49546-2458 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Unemployment Insurance Division<br>Benefit Collections Unit<br>PO Box 1195<br>Albany, NY 12201-1195 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Velocity Investment, LLC<br>1800 State Route 34, #404A<br>Wall Township, NJ 07719-9147 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |