|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br><br><br>In Re: | Case No.:  _____<br><br>Chapter:           13<br><br>Hearing Date:  _____<br><br>Judge:           _____ |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.  I, _____,

    ☐   am the attorney for: _____

    ☐   am self-represented

    Phone number: _____

    Email address: _____
    stevenasil2000@yahoo.com

2.  I request an adjournment of the following hearing:

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____
    _____
    creditors earlier this week, so I am asking for the adjournment to allow the creditors to
    have ample time to review the motion and how it would effect them.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____         _____
                                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2