UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Office of the Chapter 13 Standing Trustee
Andrew B. Finberg, Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Wanda K. Lee-Jackson

Case No.: _____ 23-14888 _____

Chapter: _____ 13 _____

Judge: _____ JNP _____

## CORRECTED ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

❑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.       until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2.       until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3.       until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

❑ ORDERED that the motion to vacate order dismissing case is denied.

☑ ORDERED (Other): _____ See Page 3 _____

_____.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service* in accordance with D.N.J. LBR 9024-1(b).

*rev. 8/1/2023*

**IT IS FURTHER ORDERED** that within seven (7) days of the date of the Order the Debtor must submit a loan modification application to Rocket Mortgage; if the loan modification is not submitted within seven (7) days, Rocket Mortgage can file a Certificate of Default.

**IT IS FURTHER ORDERED** that Debtor must make a mortgage payment to Rocket Mortgage prior to the February 6, 2024, hearing date.

**IT IS FURTHER ORDERED** that Debtor must make two payments to the Trustee by the February 6, 2024, hearing date.

**IT IS FURTHER ORDER** that Debtor must reschedule the 341(a) Meeting of Creditors.