UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Wanda Lee-Jackson,

Debtor.

Case No.:      23-14888-JNP

Chapter:           13

Hearing Date:    02/06/2024

Judge:          Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Objection to Motion to Reinstate Case (Docket # 30)

_____

Date: 2/5/2024                         /s/ Denise Carlon
                                       Signature

*rev.8/1/15*