| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEVEN A. SILNUTZER, P.C.<br>450 Tilton Road, Suite 125<br>Northfield, New Jersey 08225<br>(609) 748-6100<br>By: Steven A. Silnutzer, Esq.    SAS-0833<br>Attorney for the Debtor | |
| In Re:<br><br>WANDA K. LEE-JACKSON | Case No.    23-14888<br>Chapter:    13<br>Hearing Date:    01/16/2024<br>Judge:    JNP |

## CERTIFICATION OF SERVICE

1. I, Samantha H. Buchanan, am the secretary/paralegal for Steven A. Silnutzer, Esq. who represents the debtor in this matter.

2. On February 6, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   a.) Corrected Order on Motion to Vacate Dismissal of Case as executed by the Honorable Jerrold N. Poslusny, Jr. on 1/18/2024

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   02/06/2024                                                      /s/ Samantha H. Buchanan

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 | Trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102-5235 | Trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| Atlantic City Electric Co attn<br>Bankruptcy/Revenue Recovery<br>Mail Stop 84CP42<br>5 Collins Drive, Suite 2133<br>Carneys Point, NJ 08069-3600 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Atlantic Emergency Associates, PA<br>PO Box 15356<br>Newark, NJ 07192-5356 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One Auto Finance<br>a division of AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Convergant Outsourcing Inc<br>PO Box 9004<br>Renton, WA 98057-9004 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| DeVille Asset Management<br>PO Box 1987<br>Colleyville, TX 76034-1987 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Egg Harbor Township Tax Collector<br>3515 Bargaintown Rd<br>Egg Harbor Township, NJ 08234-8321 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Egg Harbor Twp MUA<br>3515 Bargaintown Road<br>Egg Harbor Twp, NJ 08234-8321 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| FIG NJ 19, LLC<br>PO Box 54226<br>New Orleans, LA 70154-4226 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Garden State Investment<br>6601 Ventnor Ave, Suite 103<br>Ventnor, NJ 08406-2168 | Creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| KML Law Group, PC<br>attn Brian C. Nicholas, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Kristina G. Murtha, Esq.<br>701 Market Street, Suite 500<br>Philadelphia, PA 19106-1538 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| New Jersey American Water<br>PO Box 371331<br>Pittsburgh, PA 15250-7331 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New York State Department of Labor<br>PO Box 611<br>Albany, NY 12201-0611 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quicken Loans, Inc.<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Receivables Collection<br>Main Street Radiology at Bayshore<br>170 Jericho Turnpike<br>Floral Park, NY 11001-2024 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Rocket Mortgage LLC<br>f/k/a Quicken Loans<br>635 Woodward Ave<br>Detroit, MI 48226-3408 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Serenity Funeral Home<br>414 S Main Street<br>Pleasantville, NJ 08232-3032 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Southwest Credit Systems<br>4120 International Parkway, #1100<br>Carrollton, TX 75007-1958 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| State of New Jersey<br>Office of the Attorney General<br>PO Box 80<br>Trenton, NJ 08625-0080 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Stenger & Stenger, PC<br>attn Craig T. Faye, Esq.<br>2618 E Paris Ave SE<br>Grand Rapids, MI 49546-2458 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Unemployment Insurance Division<br>Benefit Collections Unit<br>PO Box 1195<br>Albany, NY 12201-1195 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Velocity Investment, LLC<br>1800 State Route 34, #404A<br>Wall Township, NJ 07719-9147 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |