UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on February 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    **WANDA K. LEE-JACKSON,**

    **Debtor.**

Case No. 23-14888 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## ORDER DENYING DEBTOR'S MOTION TO VACATE DISMISSAL ORDER

The relief set forth on the following pages, numbered through page two (2) is hereby **ORDERED**.

**DATED: February 15, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| **Page Two** | |
| **Debtors:** | **Wanda K. Lee-Jackson** |
| **Case No.** | **23-14888 (JNP)** |
| **Order:** | **ORDER DENYING DEBTOR'S MOTION TO VACATE DISMISSAL** |

This matter being opened by the Court upon a Motion by Debtor to Vacate Dismissal Order, and a response having been filed by Andrew B. Finberg, Chapter 13 Standing Trustee, and the Court having vacated the dismissal order on an interim bases and a Status hearing having been heard and the Court reviewed the pleading submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Debtor's motion is hereby denied.

**IT IS FURTHER ORDERED** that Debtor's case shall remain dismissed pursuant to Order October 19, 2023.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.