UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on February 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**WANDA K. LEE-JACKSON,**

**Debtor.**

Case No. 23-14888 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## ORDER DENYING DEBTOR'S MOTION TO VACATE DISMISSAL ORDER

The relief set forth on the following pages, numbered through page two (2) is hereby **ORDERED**.

DATED: February 15, 2024

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:** **Wanda K. Lee-Jackson**
**Case No.** **23-14888 (JNP)**
**Order:** **ORDER DENYING DEBTOR'S MOTION TO VACATE DISMISSAL**

This matter being opened by the Court upon a Motion by Debtor to Vacate Dismissal Order, and a response having been filed by Andrew B. Finberg, Chapter 13 Standing Trustee, and the Court having vacated the dismissal order on an interim bases and a Status hearing having been heard and the Court reviewed the pleading submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Debtor's motion is hereby denied.

**IT IS FURTHER ORDERED** that Debtor's case shall remain dismissed pursuant to Order October 19, 2023.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14888-JNP |
| Wanda K. Lee- Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 16, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wanda K. Lee- Jackson, 1006 Scarborough Dr, Egg Harbor Township, NJ 08234-4840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Steven A. Silnutzer | on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com g28047@notify.cincompass.com;silnutzerlaw@gmail.com;silnutzer.stevenb129140@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6