Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

———————————————————————————————————————

Case No.:  23–14888–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee– Jackson
   aka Wanda K. Pereira
   1006 Scarborough Dr
   Egg Harbor Township, NJ 08234–4840

Social Security No.:
   xxx–xx–4681

Employer's Tax I.D. No.:

———————————————————————————————————————

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 23, 2024</u>          <u>Jerrold N. Poslusny Jr.</u>
                                  Judge, United States Bankruptcy Court